# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:18 CV 255

| | |
|---|---|
| **DALLAS FISHER and CHERIE FISHER,** | )<br>) |
| Plaintiffs, | )<br>) |
| v. | )      **ORDER**<br>) |
| **UNITED STATES OF AMERICA,** | )<br>) |
| Defendant. | )<br>) |

This matter is before the Court on two Motions for Pro Hac Vice Admission (# 4, 5) filed by attorney and local counsel Daniel K. Bryson. The applicants, Gregory F. Coleman and Justin G. Day, practice with Greg Coleman Law, PC, which is in Knoxville, Tennessee. Both applicants are members in good standing of the highest court of Tennessee. Finally, both applicants have paid the Court's $281.00 required fee.

The Court finds good cause for the relief requested. Therefore, the Motions for Pro Hac Vice Admission (# 4, 5) are GRANTED. The Court **ADMITS** attorneys Gregory F. Coleman and Justin G. Day to represent Plaintiffs and practice before this Court while associated with local counsel in this case.

Signed: October 23, 2018

David C. Keesler
United States Magistrate Judge