**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:18 CV 255**

| | | |
|---|---|---|
| **DALLAS FISHER and CHERIE FISHER,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

This matter is before the Court upon the Government's Motion for a Stay of Case in Light of Lapse of Appropriations (Doc. 15). Specifically, the Government seeks a stay of this matter until Congressional appropriations to the Department of Justice have been restored. Plaintiff's counsel does not oppose the Motion. Id. at 2.

For the reasons stated in the Motion, the Government's request will be allowed.

**IT IS THEREFORE ORDERED THAT:**

1. The Government's Motion for a Stay of Case in Light of Lapse of Appropriations (Doc. 15) is hereby **GRANTED**, and

2. This matter is **STAYED** until appropriations to the Department of Justice have been restored and counsel for the Government are permitted to resume their regular civil litigation duties.

Signed: January 11, 2019

W. Carleton Metcalf
United States Magistrate Judge