IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:18 CV 255

| | | |
|---|---|---|
| CHERIE FISHER, as personal representative of the estate of Dallas Fisher and CHERIE FISHER, individually, | ) ) ) ) | |
| Plaintiffs, | ) ) | ORDER |
| v. | ) ) | |
| THE UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) ) ) | |
| _____ | ) | |

This matter is before the Court on Plaintiffs' Motion to Substitute Cherie Fisher as Personal Representative of the Estate of Decedent Dallas Fisher (Doc. 33).

The Motion advises that Plaintiff Dallas Fisher has passed away and requests that Plaintiff Cherie Fisher, as the personal representative of Mr. Fisher's estate, be substituted for him in this litigation. Counsel for Defendant consents. Id. at 2.

For the reasons stated, the Motion to Substitute Cherie Fisher as Personal Representative of the Estate of Decedent Dallas Fisher (Doc. 33) is **GRANTED**, and Cherie Fisher, as personal representative of the Estate of

Dallas Fisher, is hereby substituted for Dallas Fisher. The Clerk is respectfully **DIRECTED** to amend the docket to reflect this substitution.

Signed: December 9, 2019

W. Carleton Metcalf
United States Magistrate Judge